UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :  13 Cr. 329-01 (LGS)
            -against-                                       :
                                                            :        ORDER
SAULIO DELACRUZ,                                            :
                                        Defendant,          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a preliminary hearing on the pending Supervised Release Violation Petition is currently scheduled for May 17, 2022, at 4:45 p.m.  It is hereby

**ORDERED** the parties shall file a joint status letter on **May 12, 2022,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: May 10, 2022
       New York, New York

                                                          _____
                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE