MICHAEL J. NEDICK
ATTORNEY AT LAW
888 Grand Concourse
Bronx, New York 10451
917-446-5981

nedicklaw@gmail.com                                                                      718-665-9147-fax

May 12, 2022

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: United States v. Saulio Delacruz
           Case Number 13 cr 00329 (LGS)

Your Honor:

        On behalf of Mr. Delacruz, I am requesting an adjournment of this matter, which is currently scheduled for May 17, 2022 at 4:45 p.m., for a preliminary hearing on a Supervised Release Violation, until a date in the first week in July convenient to the Court. This time will allow the parties time to further investigate the pending case against Mr. Delacruz, which is next scheduled in New York County Criminal Court on June 28, 2022. I have conferred to AUSA Jonathan Bodansky, and he has no objection to this request. He also informed me that the probation department also has no objection to this adjournment request.

        Thank you for your consideration.

Respectfully submitted,

MICHAEL J. NEDICK

Application Granted. The hearing currently scheduled for May 17, 2022, is adjourned *sine die*. The parties shall file a joint status letter on **July 5, 2022,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed. The Clerk of the Court is directed to terminate the letter motion at docket number 146.

Dated: May 13, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE