UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                       13 Cr. 329-01 (LGS)
              -against-

                                        <u>ORDER</u>
    SAULIO DELACRUZ,
                            Defendant,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a sentencing hearing is currently scheduled for September 19, 2022, at 4:00 p.m.

       WHEREAS the parties are unable to proceed due to a medical emergency.  It is hereby

       **ORDERED** that sentencing currently scheduled for September 19, 2022, is adjourned to **October 11, 2022, at 4:30 p.m.**

Dated: September 19, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE